## Statement of the Case.

Action by Gust Peretes against John Tompary and Peter Tompary. On denial of a motion by defendants to open up a judgment by confession, such defendants bring error.

CASWELL & HEALY, for plaintiffs in error.

No appearance for defendant in error.

MR. JUSTICE DUNCAN delivered the opinion of the court.

## Abstract of the Decision.

1. SET-OFF AND RECOUPMENT, § 13*—*when mutuality is essential.* A debt due from a copartnership of two or three members sued jointly cannot be offset by a debt due from a plaintiff to one of such firm.

2. JUDGMENTS, § 63*—*when set aside.* Denial of motion to open a judgment by confession, *held* erroneous where an affidavit of defendant disclosed a good defense and the right to set-off.

---

## Emma M. Bell, Appellee, v. Kossuth H. Bell, Appellant.

### Gen. No. 18,443. (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. THEODORE BRENTANO, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed October 16, 1913.

## Statement of the Case.

Bill by Emma M. Bell against Kossuth H. Bell for divorce. From an order allowing temporary alimony, defendant appeals.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

Matson v. Jacobs, 182 Ill. App. 497.

ELBRIDGE HANECY, for appellant.

McKENZIE CLELAND, for appellee.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. DIVORCE, § 82*—*when allowance of temporary alimony is proper.* Bill for divorce, *held* to contain charges sufficiently to justify an allowance of temporary alimony.

2. APPEAL AND ERROR, § 1743*—*when judgment may be entered nunc pro tunc.* Where an appellant dies subsequently to the time that a cause was taken under advisement by the Appellate Court, a judgment may be entered *nunc pro tunc* of a date prior to the death.

---

### Pauline Matson, Appellee, v. Clare S. Jacobs et al., on appeal of Alvin E. Webber, Appellant.

### Gen. No. 19,322.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. MARCUS KAVANAGH, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Dismissed. Opinion filed October 28, 1913.

### Statement of the Case.

Action by Pauline Matson against Clare S. Jacobs and others. From a judgment for plaintiffs, defendant Alvin E. Webber appeals.

EUGENE STEWART, for appellant.

LACKNER, BUTZ VON AMMON & McGREGOR, for appellee.

MR. PRESIDING JUSTICE F. A. SMITH delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.